DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEORGE V. MALLAS,**
Appellant,

v.

**NICOLAOS V. MALLAS** and **JOHN V. MALLAS,**
Appellees.

No. 4D18-680

[November 29, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. 16019576 CACE 14.

Steven H. Osber of Conrad & Scherer, P.A., Fort Lauderdale, for appellant.

Justin C. Carlin of The Carlin Law Firm, PLLC, Fort Lauderdale, for appellee Nicolaos V. Mallas.

Ted P. Galatis, Jr. of Ted P. Galatis, Jr., P.A., Lauderdale By the Sea, for appellee John V. Mallas.

PER CURIAM.

*Affirmed.*

GERBER, C.J., FORST and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***